October 2, 1981.

438 A.2d 622

Brown, etc. v. Bannon, etc., Appellants.

Argued February 3, 1981.   Penn B. Glazier, for appellants; John L. Lachall, for appellees.

Before WICKERSHAM, POPOVICH and WATKINS, JJ.

Final decree affirmed.

POPOVICH, J., concurred in the result.